DISSENTING OPINION BY JUDGE ■ COSGROVE In its brief, Skytop Meadow Community Association, Inc. (Appellee) states that “[i]n ail abundance of caution, [it] filed a Motion for Relief from the Stay in the United States Bankruptcy Court ...” (Ap-pellee’s Brief at 8) (emphasis added). The order of the Bankruptcy Court addressing this motion specifically states that it was “DENIED,.-.” (Reproduced Record at 416B.) Accompanying this order- was a somewhat cryptic reference to the “stay” which the Majority interprets to mean that no such automatic “stay” ever existed. If that were the case, then no motion for relief would have been either-necessary or appropriate. In fact, it would have been a nullity which the Bankruptcy Court should have “dismissed,” not “denied.” If the order needs clarification, it should come from the Bankruptcy Court itself, not us. On the record before us, we intrude on that Court’s territory by attempting to discern what it intended. As such, I must dissent.